JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAZ ORTIZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-05626-MWF(BFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND**<br><br>[Removed from Los Angeles County Superior Court Case No. 25TRCV01491] |

The Court, having considered the parties' Joint Stipulation to Remand (Docket No. 11), and for good cause shown, hereby orders that the Stipulation is **GRANTED**:

1. This matter is REMANDED back to the Superior Court of the State of California, County of Los Angeles;
2. All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

Dated: July 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge